**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| RONALD WILLARD, | ) | |
| | ) | Case No. 1:20-cv-125 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

---

### FIRST AMENDED ERISA SCHEDULING ORDER

---

Before the Court is Plaintiff's unopposed motion for extension of time [Doc. 51]. The

parties seek an extension of the discovery period until September 14, 2021, and a corresponding

extension of the briefing deadlines. For good cause shown, the motion [Doc. 51] is hereby

**GRANTED**, and the modified deadlines shall be as follows:

1. Discovery will be completed by **September 14, 2021** (sixty days from the date of this order).
2. All parties are deemed to have moved for judgment in their respective favor based upon the administrative record.
3. Plaintiff must file a brief stating the grounds on which benefits or other relief in this case are claimed within **thirty days** after discovery is completed. At the same time, the plaintiff must file any objections to the authenticity of the administrative record.
4. Defendants must file a brief in response within **twenty-one days** after service of Plaintiff's brief.
5. If Plaintiff desires, Plaintiff may file a reply brief within **seven days** following the service of Defendants' brief.
6. Oral argument will be held before District Judge Travis R. McDonough on **Wednesday, March 23, 2022, at 10:00 a.m.**, in Courtroom 1A, 900 Georgia Avenue, Chattanooga, Tennessee. Any request to reschedule the hearing should be directed to Travis Thompson at (423) 752-3235. However, the Court may resolve the case based upon the written submissions, prior to the time set for oral argument.

7. If a party files a notice of settlement, the Court will dismiss the case if no agreed final order or judgment is submitted within **thirty days**.

8. By written stipulation signed by all counsel and filed with the Court, the parties may adjust the deadlines set forth above, except for the deadline in paragraph seven, provided that no extension greater than thirty days of any particular deadline date will be permitted except by permission of the Court.

No other deadlines will be modified except by express permission of the Court.

   **SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE
